IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02641-WYD-MJW

GAYLE HENDRIX,

    Plaintiff,

v.

LA BOTTEGA, a Colorado Limited Liability corporation; and
STEVE VIRION, an individual,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  On December 10, 2009, Ms. Janet Savage, counsel for the Defendants, entered her appearance.  Due to the fact that Ms. Savage is a former professional colleague of mine as well as a personal friend, I believe it would be inappropriate for me to preside over this case.  Accordingly, I find that I should recuse myself from the case.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  December 15, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge