**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02641-CMA-MJW

GAYLE HENDRIX,

    Plaintiff,

v.

LA BOTTEGA, a Colorado limited liability corporation, and
STEVE VERION, an individual,

    Defendants.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship with Defendants' counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: December 21, 2009

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge