IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02641-WYD-MJW

GAYLE HENDRIX,

Plaintiff(s),

v.

LA BOTTEGA, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is here ORDERED that the Stipulated Motion for Leave to File Stipulated Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 24-3) is APPROVED and made an Order of Court.

It is FURTHER ORDERED that Defendants shall have up to and including March 9, 2010, in which to file any response to **Plaintiff Hendrix's Motion to Amend Complaint (docket no. 26)**.

Date: February 24, 2010