IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02641-PAB-MJW

GAYLE HENDRIX,

Plaintiff(s),

v.

LA BOTTEGA, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff Hendrix's Motion to Amend Complaint (docket no. 26) is GRANTED finding that the requirements of Fed. R. Civ. P. 15(a) have been met. The Second Amended Complaint and Jury Demand (26-2) is ACCEPTED for filing as of the date of this minute order.

    It is FURTHER ORDERED that Plaintiff Hendrix shall use the correct case number on all future filings with the court. The correct case number is 09-cv-02641-PAB-MJW and **not** 09-cv-02641-WYD-MJW. *See* the subject motion (docket no. 26) which has the wrong case number.

Date: March 15, 2010